USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2024

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**April 16, 2024**

**Via ECF**

Hon. Nelson S. Roman, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

<u>**Re: Cornelis v. Eleni Operating Corp. et al**</u>
   Case No.  23-CV-07770 (NSR)(AEK)
   **Motion for Extension of Time**

Dear Judge Roman:

   My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the April 16, 2024 deadline for Plaintiff to submit his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers – the parties have made meaningful progress since the last request. Two prior requests for an extension of this deadline were made and granted.

   I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:   Defense Counsel via ECF

**Plaintiff's request is GRANTED. The deadline for Plaintiff to file his motion for settlement approval is May 1, 2024. The Clerk of the Court is directed to terminate the motion at ECF No. 31.**

**Dated: April 17, 2024**
       **White Plains, NY**

SO ORDERED:

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

1